In the Matter of the Accounting of FRANCIS P. CALLA-HAN, as Administrator of the Estate of PATRICK E. CALLAHAN, Deceased, Respondent.

ALVIN C. CASS et al., Appellants.

(Submitted June 3, 1929; decided June 11, 1929.)

*Thomas F. Magner* for motion.

*Alvin C. Cass* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.